1  PHILLIP A. TALBERT
   United States Attorney
2  ELLIOT WONG
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Defendants

7
                IN THE UNITED STATES DISTRICT COURT
8
                   EASTERN DISTRICT OF CALIFORNIA
9

10 ZAFAR ALI MALIK,                    CASE NO. 2:23-CV-01728-TLN-AC

11                Plaintiff,           STIPULATION AND ORDER FOR TEMPORARY
                                       ABEYANCE
12        v.

13 UR JADDOU, ET AL.,

14                Defendants.

15

16

17

18        The Defendants respectfully request to hold this case in temporary abeyance through March 14,

19 2024, and counsel for Plaintiffs does not oppose. In this case, Plaintiff alleges that U.S. Citizenship and

20 Immigration Services ("USCIS") has unreasonably delayed scheduling an interview on his pending

21 asylum application, which he filed in January 2016. USCIS has scheduled Plaintiff's asylum interview

22 for November 15, 2023. The parties anticipate that this lawsuit will be rendered moot once USCIS

23 completes its adjudication of Plaintiff's application, and USCIS will endeavor to do so within 120 days

24 of the completion of the interview. In the event USCIS reschedules the interview on Plaintiff's

25 application, the agency will endeavor to reschedule the interview within four weeks.

26 ///

27 ///

28
                                                    1

The parties therefore stipulate that this matter be held in temporary abeyance through March 14, 2024. The parties further request that all other filing and case management deadlines be similarly vacated.

Respectfully submitted,

Dated: October 10, 2023

PHILLIP A. TALBERT
United States Attorney

By: /s/ ELLIOT C. WONG
ELLIOT C. WONG
Assistant United States Attorney

/s/ JESSICA TAYLOR ARENA
JESSICA TAYLOR ARENA
Counsel for Plaintiff

**IT IS SO ORDERED.**

Dated: October 10, 2023

Troy L. Nunley
United States District Judge

2